IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| DIANA LEE HOUSE, | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. G-05-188 |
| MARINE TRANSPORT LINES, INC. et al, | § |
| Defendants. | § |

## FINAL JUDGMENT

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss, all claims brought by Plaintiff against Defendants are hereby **DISMISSED WITH PREJUDICE**. All relief not herein provided is expressly **DENIED**. All Parties are **ORDERED** to bear their own costs and attorneys' fees incurred herein to date. **THIS IS A FINAL JUDGMENT**.

**IT IS SO ORDERED**.

**DONE** this 31st day of October, 2005, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge